IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH TIMONEY, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM LOUGHERY, et al. | : | NO. 14-4774 |

ORDER

AND NOW, this 19th day of December, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendants Upper Gwynedd Township and Edward Tartar for dismissal of the claims against them (Doc. # 15) is GRANTED;

(2) Count One of plaintiff's First Amended Complaint is DISMISSED insofar as it alleges liability against defendants Edward Tartar and Upper Gwynedd Township; and

(3) Count Two of plaintiff's First Amended Complaint is DISMISSED insofar as it alleges liability against defendants Edward Tartar and Upper Gwynedd Township.

BY THE COURT:

/s/ Harvey Bartle III
J.