IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH TIMONEY, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM LOUGHERY, et al. | : | NO. 14-4774 |

<u>ORDER</u>

AND NOW, this 18th day of March, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Stephen Howard, Esquire for partial dismissal of plaintiff's Second Amended Complaint[1] (Doc. # 28) is GRANTED; and

(2)  Count One of plaintiff's Second Amended Complaint is DISMISSED insofar as it alleges liability against defendant Stephen Howard, Esquire.

BY THE COURT:

/s/ Harvey Bartle III
                                            J.

---

1. Defendant Howard's motion seeks partial dismissal of plaintiff's First Amended Complaint.  In an order dated March 6, 2015, we construed said motion as a motion for partial dismissal of plaintiff's Second Amended Complaint.