```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSEPH TIMONEY, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM LOUGHERY, et al. | : | NO. 14-4774 |

ORDER

AND NOW, this 7th day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Defendants William Loughery and Jennifer Loughery a/k/a Jennifer Howard for Partial Judgment on the Pleadings of Plaintiff's Second Amended Complaint (doc. # 58 and doc. # 60) with respect to all federal claims under 42 U.S.C. § 1983 is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                          J.